IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JORDAN KERSAINT,

   Plaintiff,

v.             Case No. 7:25-CV-53-WLS-ALS

VALDOSTA STATE PRISON,

   Defendant.

## ORDER

Presently pending before the Court is a document filed by *pro se* Plaintiff Jordan Kersaint, an inmate in the Valdosta State Prison in Valdosta, Georgia, that was docketed as a Complaint seeking relief pursuant to 42 U.S.C. § 1983 and transferred to this Court (ECF No. 1). It appears this document was intended to be a declaration in support of a separate Complaint filed by Plaintiff in the Northern District of Georgia that was also transferred to this Court. The Clerk is therefore **DIRECTED** to **TERMINATE** the above-captioned action and docket a copy of the declaration filed at ECF No. 1 in this case in *Kersaint v. Valdosta State Prison*, 7:25-cv-38-WLS-ALS (M.D. Ga. Mar. 27, 2025).

SO ORDERED, this 14th day of May 2025.

            /s/ W. Louis Sands
            W. LOUIS SANDS, SR. JUDGE
            UNITED STATES DISTRICT COURT